IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | * | Case No.: 05-32563-H5-7 |
| | * | |
| VANEDEN, GODIVA ANNA | * | |
| | * | |
| Debtor(s) | * | Chapter 7 |

## NOTICE OF INTENT TO PAY CLAIMS

    NOTICE is hereby given that I, Lowell Cage, Trustee of the above captioned bankruptcy estate, have submitted my Trustee's Final Report Before Distribution with the Office of the U.S. Trustee.  After review by the U.S. Trustee, noticing of said report by the Bankruptcy Court and signing of Order Approving Trustee's Final Report and Accounting, I intend to pay claims per the attached "Exhibit A", as docketed by the Court and allowed after objection to claims.

    ANY CREDITOR who has filed a claim and is not on this listing, and <u>has not received previous objection</u>, must provide the Trustee, within twenty (20) days from the date of this Notice, with a copy of proof of claim which has been stamped "Filed U.S. Bankruptcy Court".  The date of filing must have been on or before 08/13/2005.

    OTHERWISE, claims will be paid as docketed and as allowed after objection to claims.

DATED:  03/30/2009

    **/s/ Lowell Cage**
Lowell Cage, Trustee
5851 San Felipe, Suite 950
Houston, Texas 77057
(713) 789-0500

**EXHIBIT A**

| Claimant | Claim No. | Amount Claimed | Proposed Payment |
|---|---|---|---|
| CONN CC, L.P. D/B/A CONN CREDIT | 1 | $5,471.26 | $1,176.79 |
| BEN BRIDGE JEWELERS | 2 | $4,721.48 | $1,015.52 |
| AMERICAN EXPRESS CENTURION | 3 | $4,243.18 | $912.65 |
| CHASE MANHTTN BANK USA,NA | 4 | $23,419.66 | $5,037.24 |
| CHASE BANK USA, N.A. | 5 | $10,746.74 | $2,311.47 |
| NUVISION FINANCIAL | 6 | $4,356.00 | $936.91 |
| NEIMAN MARCUS | 7 | $10,998.08 | $2,365.53 |
| JEAN C. LIU | 8 | $108,016.52 | $23,232.82 |
| FOLEY'S | 9 | $1,616.18 | $347.62 |
| SOUTHWEST STUDENT SVS | 10 | $51,634.47 | $11,105.84 |

THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | * | Case NO.: 05-32563-H5-7 |
| | * | |
| VANEDEN, GODIVA ANNA | * | |
| | * | |
| Debtor(s) | * | Chapter 7 |

**CERTIFICATE OF SERVICE**

      I hereby certify that on 03/30/2009, pursuant to Local Bankruptcy Rules 2002 and 9013, a true and correct copy of the Notice of Intent to Pay Claims was sent via United States mail, postage prepaid, to the Debtor's Attorney, all parties requesting notice, and all creditors as evidenced by the attached list as provided by the Bankruptcy Court.

                               **/s/ Lowell Cage**_____
                               Lowell Cage, Trustee
                               5851 San Felipe, Suite 950
                               Houston, Texas 77057
                               (713) 789-0500

## SERVICE LIST

**Debtor**
Godiva Anna VanEden
1530 Spring Gate Dr., #9423
McLean, VA 22102

**Debtor's Attorney**
Cheryl S Cohorn
Attorney at Law
2211 Norfolk, Ste 410
Houston, TX 77098-4051

**US Trustee**
Office of the US Trustee
515 Rusk Ave, Ste 3516
Houston, TX 77002

**Trustee**
Lowell T Cage
Cage Hill and Niehaus LLP
5851 San Felipe, Suite 950
Houston, TX 77057

**Creditors**
American Express Centurion Bank
c/o Becket and Lee, LLP
P.O. Box 3001
Malvern, PA 19355-0701

United States Bankruptcy Court
PO Box 61288
Houston, TX 77208

American Express
PO Box 297871
Ft. Lauderdale, FL 33329

American Express Centurion Bank
c/o Becket and Lee, LLP
P.O. Box 3001
Malvern, PA 19355-0701

BankOne
PO Box 8650
Wilmington, DE 19899
Ben Bridge Jewelers
PO Box 1908
Seattle, WA 98111

Chase Bank
PO Box 29051
Phoenix, AZ 85038-9059

CitiBank
PO Box 6500
Sioux Falls, SD 57117

CitiFinancial
PO Box 17127
Baltimore, MD 21297-1127

Conn's Credit Corp
PO Box 2358
Beaumont, TX 77704

Foleys
PO Box 1971
Houston, TX 77251

Home Depot
PO Box 9714
Gray, TN 37615

Jonathan Neil & Assoc
Attn: Jerry R. Powers, Legal Dept
1833 105th St. 1st Fl
Seattle, WA 98133

Jonathan Neil & Assoc
for Ben Bridge Jewelers
18333 N 105th St Suite 101
Seattle, WA 98133

Macy's
9111 Duke Blvd.
Mason, OH 45040

Neiman Marcus
PO Box 620016

Dallas, TX 75262-0016

Nordstrom
PO Box 6565
Englewood, CO 80155

NuVision Financial
7812 Edinger Ave
Huntington Beach, CA 92657

Southwest Student Svs
PO Box 41150
Mesa, AZ 85274
#568633310

Southwestern Bell
c/o Commercial Recovery Sys.Inc.
P.O. Box 28989
Dallas, TX 75228-8989

WFNNB-Victoria's Secret
PO Box 659728
San Antonio, TX 78265-9728