UNITED STATES BANKRUPTCY COURT
Southern District of Texas
Houston Division

In re: §
§
§
**GODIVA ANNA VANEDEN** § Case No. 05-32563-H5-7
§
§
Debtor(s) §
§

ORDER APPROVING TRUSTEE'S FEES AND EXPENSES
REQUESTED IN FINAL REPORT BEFORE DISTRIBUTION

1. The trustee has filed a Final Report Before Distribution. The United States Trustee has reviewed the Final Report.

2. No timely objections were filed or timely objections were filed and if sustained are taken into account in the distribution ordered below.

3. The following administrative payments requested herein are approved:

| Description | Allowed and Paid | Allowed and Not Paid | Amount Requested Herein | Proposed Payment (Incl. Pro-Rata) | Total | % * |
|---|---|---|---|---|---|---|
| Trustee Compensation LOWELL T. CAGE | $0.00 | $0.00 | $6,646.58 | $6,646.58 | $6,646.58 | 9.78% |
| Trustee Expenses LOWELL T. CAGE | $0.00 | $0.00 | $358.26 | $358.26 | $358.26 | 0.55% |

4. In the event additional interest income accrues on estate funds prior to the pay out of funds by the trustee, then the Trustee shall be entitled to compensation on the distribution of the additional interest amounts in accordance with the applicable percentage for calculation of compensation under 11 U.S.C. §326 (a).

* Note: Percentage is to Total Receipts on the Final Report.

Dated: _____            _____
                                         United States Bankruptcy Judge