UNITED STATES BANKRUPTCY COURT
Southern District of Texas
Houston Division

In re:                                   §
                                         §
**GODIVA ANNA VANEDEN**                  §    Case No. 05-32563-H5-7
                                         §
Debtor(s)                                §
                                         §

## NOTICE OF FINAL REPORT
## BEFORE DISTRIBUTION

TO: ALL CREDITORS AND OTHER PARTIES IN INTEREST.

THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 20 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.

REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.

NOTICE IS GIVEN that the trustee has filed a Final Report which states:

| | |
|---|---|
| Total Receipts | $ **67,931.50** |
| Total Interim Disbursements | $ **12,484.27** |
| Balance on hand for distribution | $ **55,447.23** |

NOTICE IS FURTHER GIVEN that the following applications for payment of administrative expenses have been filed and paid, or will be paid upon approval by the court:

## Administrative

| Description | Allowed and Paid | Allowed and Not Paid | Amount Requested Herein | Proposed Payment (Incl. Pro Rata) | Total | %* |
|---|---|---|---|---|---|---|
| **Trustee Compensation** | | | | | | |
| Lowell T. Cage | | | $6,646.58 | $6,646.58 | $6,646.58 | 9.78% |
| **Trustee Expenses** | | | | | | |
| Lowell T. Cage | | | $358.26 | $358.26 | $358.26 | 0.53% |
| **Attorney for Trustee Fees (Trustee Firm)** | | | | | | |
| Cage, Hill & Niehaus, LLP 06/15/07 36 | $1,947.50 | | | | $1,947.50 | 2.87% |
| **Attorney for Trustee Expenses (Trustee Firm)** | | | | | | |
| Cage, Hill & Niehaus, LLP 06/15/07 36 | $229.27 | | | | $229.27 | 0.34% |
| **Accountant for Trustee Fees (Other Firm)** | | | | | | |
| James Smith & Associates 10/20/08 43 | $4,175.00 | | | | $4,175.00 | 6.15% |

| Accountant for Trustee Expenses (Other Firm) | | | | | | |
|---|---|---|---|---|---|---|
| James Smith & Associates 10/20/08 43 | $70.90 | | | | $70.90 | 0.10% |
| **Realtor for Trustee Fees (Real Estate Commissions)** | | | | | | |
| ReMax All Stars Reality | $5,050.00 | | | | $5,050.00 | 7.43% |
| **Other Chapter 7 Admin. Expenses** | | | | | | |
| Bond Payments | $461.69 | | | | $461.69 | 0.68% |
| Closing Costs Re from Sale of Property | $549.91 | | | | $549.91 | 0.81% |
| **Total Administrative Expenses** | **$12,484.27** | | **$7,004.84** | **$7,004.84** | **$19,489.11** | **28.69%** |

## Creditor

| Description | Allowed and Paid | Allowed and Not Paid | Amount Requested Herein | Proposed Payment (Incl. Pro-Rata) | Total | % * |
|---|---|---|---|---|---|---|
| Allowed Priority Unsecured Claims and/or Certain Secured Tax Claims | | | | | | 0.00% |
| General, Unsecured Claims | | $225,223.57 | $48,442.39 | $48,442.39 | $48,442.39 | 71.31% |
| Liens, security interests, or other interests in property of the estate | | | | | | 0.00% |
| **Total Creditor** | | **$225,223.57** | **$48,442.39** | **$48,442.39** | **$48,442.39** | **71.31%** |

## Non-Estate

| Description | Allowed and Paid | Allowed and Not Paid | Amount Requested Herein | Proposed Payment (Incl. Pro-Rata) | Total | % * |
|---|---|---|---|---|---|---|
| Non-Estate Fund Distributions to Parties in Interest (Trustee Comp.) 326 (a) | | | | | | |
| Non-Estate Funds (Non-Comp.) | | | | | | |
| Payments to Debtor-Exemptions | | | | | | |
| Payments to Debtor-Excess Funds 726(a) (6) | | | | | | |
| Payments to Debtors-Funds Paid to Interest Holders 726(a) (6) | | | | | | |
| | | | | **Total Distribution** | **$67,931.50** | **100.00%** |

**\* Note: Percentage is to Total Receipts on the Final Report.**

NOTICE IS FURTHER GIVEN that all remaining scheduled property of the estate not otherwise administered at the time of the closing of the case is or will be abandoned.


Dated:   May 8, 2009

| | |
|---|---|
| UNITED STATES TRUSTEE | /s/ Lowell Cage |
| Charles F. McVay | Lowell Cage, TRUSTEE |
| 515 Rusk, Suite 3516 | 5851 San Felipe, Ste # 950 |
| Houston, TX 77002 | Houston TX, 77057-8018 |