**EXHIBIT "A"**

| | | | |
|---|---|---|---|
| IN RE: | § | Case No. 05-32563-H5-7 | |
| | § | | |
| **GODIVA ANNA VAN EDEN,** | § | (Chapter 7) | |
| | § | | |
| DEBTOR. | § | | |

| Name & Address | Claim No. | Check # | Amount |
|---|---|---|---|
| _____  Small Dividends | | | |
| __X__  Unclaimed Dividends | Claim #10<br>Ben Bridge Jewelers<br>c/o Jonathan Neil & Associates<br>1833 N 105th Street, Suite 101<br>Seattle, WA 98133<br>#501470 / BBJ3738028 | #5013 | $ 1,015.52 |
| | Total Unclaimed Dividends | | n/a |
| | Total Small & Unclaimed Dividends | | $ 1,015.52 |