IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
02/03/2010

| | | |
|---|---|---|
| IN RE: | § | Case No. 05-32563-H5-7 |
| | § | |
| GODIVA ANNA VAN EDEN, | § | (Chapter 7) |
| | § | |
| DEBTOR. | § | |
| | § | |

### ORDER

UPON THE MOTION of the Trustee to pay funds into the Court registry under 11 U.S.C. §347(a) and/or Federal Rule of Bankruptcy Procedure 3010, the Trustee is directed to deposit into the registry these unclaimed funds and/or small dividends reflected on the attachment to this Order.

THIS Order is signed for the Court by the Clerk under authority of 23 U.S.C. §956 and General Order 2000-3.

SIGNED this **3rd** day of **FEBRUARY**, 2010.

MICHAEL N. MILBY, CLERK

_____
DEPUTY CLERK

61

## EXHIBIT "A"

| IN RE: | § | Case No. 05-32563-H5-7 |
|---|---|---|
| | § | |
| GODIVA ANNA VAN EDEN, | § | (Chapter 7) |
| | § | |
| DEBTOR. | § | |
| | § | |

| Name & Address | Claim No. | Check # | Amount |
|---|---|---|---|

_____ Small Dividends

__X__ Unclaimed Dividends    Claim #10    #5013    $ 1,015.52
Ben Bridge Jewelers
c/o Jonathan Neil & Associates
1833 N 105th Street, Suite 101
Seattle, WA 98133
#501470 / BBJ3738028

Total Unclaimed Dividends    n/a

Total Small & Unclaimed Dividends    $ 1,015.52